IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                        Civ. No. 07-449 WPJ/RLP
                                                       Cr. No. 05-2363 WPJ

EUFEMIO LOYA-TORRECILLAS,

    Defendant/Movant.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation [Doc. 10], and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court and the case dismissed with prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                                           United States District Judge